# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GENE ALLEN RAWLS

NO. 2020 KW 0224

MAR 0 5 2020

In Re: Gene Allen Rawls, applying for supervisory writs, 21st Judicial District Court, Parish of St. Helena, No. 22,079.

BEFORE: McDONALD, THERIOT, AND PENZATO, JJ.

WRIT DENIED. STAY REQUEST DENIED.

JMM
MRT
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT